# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARSHALL C. CRESS,

    Plaintiff,

v.                                                    Case No. 6:20-cv-1823-RBD-GJK

BRIGHTHOUSE LIFE INSURANCE
CO.; and CHASITY HOOD,

    Defendants.

_____

## ORDER

Before the Court is the parties' joint motion for settlement approval. (Doc. 42 ("Motion").) Court approval of any settlement is required as this action was brought on behalf of a minor child. *See Sullivan v. Dep't of Transp.*, 595 So. 2d 219, 220 (Fla. 2d DCA 1992); *Nixon v. Bryson*, 488 So. 2d 607, 608–09 (Fla. 3d DCA 1986). On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Motion. (Doc. 43 ("R&R").)

The parties do not object to the R&R. (Doc. 44.) So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED:**

1.      Judge Kelly's R&R (Doc. 43) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2.      The parties' Joint Amended Motion for Approval of Settlement (Doc. 42) is **GRANTED.**

3.      The parties' Release and Settlement Agreement (Doc. 42, pp. 13–19) is **APPROVED.**

4.      This case is **DISMISSED WITH PREJUDICE.**

5.      The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 12, 2021.


ROY B. DALTON JR.
United States District Judge